Kevin Laukaitis
Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA DEAN,<br>individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>B&G FOODS, INC.,<br><br>   Defendant. | **Case No. 2:22-cv-01338-SDW-JSA**<br><br>**NOTICE OF MOTION FOR GARY E. MASON TO APPEAR *PRO HAC VICE*** |

**TO:** Mitchell C. Stein, Esq.
Pratik K. Raj Chosh
**BRAUNHAGEY & BORDEN LLP**
118 W. 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403
stein@braunhagey.com
ghosh@braunhagey.com

David H. Kwasniewski
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
kwasniewski@braunhagey.com

*Attorneys for Defendant B&G Foods, Inc.*

**PLEASE TAKE NOTICE** that Plaintiff Patricia Dean ("Plaintiff"), by and through undersigned counsel, moves this Court for the entry of an Order admitting Gary E. Mason to appear and participate in this matter *pro hac vice*, on behalf of Plaintiff, pursuant to L. Civ. R. 101(c).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely upon the Certifications of Kevin Laukaitis and Gary E. Mason submitted herewith. Plaintiff respectfully submits pursuant to L. Civ. R. 7.1.(d)(4) that no brief in support of this Motion is necessary, because the Certifications being filed herewith establish the requirements necessary for the *pro hac vice* admission of the above counsel.

**PLEASE TAKE FURTHER NOTICE** that defense counsel does not oppose this Motion, and a proposed form of Order is submitted herewith.

Dated: May 24, 2022

*/s/ Kevin Laukaitis*
Kevin Laukaitis (Bar No. 195202016)
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
klaukaitis@shublawyers.com

*Attorney for Plaintiff Patricia Dean*

Kevin Laukaitis
Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA DEAN,<br>individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B&G FOODS, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01338-SDW-JSA<br><br>**CERTIFICATION OF KEVIN LAUKAITIS IN SUPPORT OF MOTION TO ADMIT GARY E. MASON *PRO HAC VICE*** |

I, Kevin Laukaitis, Esq., of full age, hereby declare under penalty of perjury as follows:

1.　　I am an attorney with the law firm of Shub Law Firm LLC, 134 Kings Highway East, 2nd Floor, Haddonfield, New Jersey 08033, am licensed to practice in New Jersey and am counsel of record for Plaintiff Patricia Dean ("Plaintiff") in the above-captioned matter. I am fully familiar with the facts set forth herein, and I submit this Certification in support of Plaintiff's Motion for Gary E. Mason to Appear *Pro Hac Vice* on behalf of Plaintiff Patricia Dean in the above-captioned action.

2.　　I am a member in good standing and am duly licensed and admitted to practice in Pennsylvania, New Jersey, and the United States District Court for the Eastern District Pennsylvania.

3.	I am not currently the subject of disbarment proceedings or disciplinary action, nor have I ever been the subject of such proceedings in any jurisdiction in which I have been admitted to practice.

4.	If the Court grants Plaintiff's Motion for Gary E. Mason to appear *Pro Hac Vice*, I or another member of Shub Law Firm LLC who is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action, and will otherwise comply with the terms and conditions of Local Civil Rule 101.1(c).

5.	I have been informed by Pratik K. Raj Ghosh of Braunhagey & Borden LLP, counsel of record for Defendant B&G Foods, Inc., that Defendant does not object to the admission *pro hac vice* of Gary E. Mason.

6.	For the foregoing reasons and those set forth in the Certification of Gary E. Mason, submitted herewith, it is respectfully requested that the Court execute and direct the entry of the attached Order admitted Gary E. Mason *pro hac vice* for the purpose of representing Plaintiff Patricia Dean in the above-captioned action.

I hereby declare under penalty of perjury that the foregoing is true and correct.


Dated: May 24, 2022				*/s/ Kevin Laukaitis*
						Kevin Laukaitis
						**SHUB LAW FIRM LLC**

Kevin Laukaitis
Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICIA DEAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>B&G FOODS, INC.,<br><br>          Defendant. | **Case No. 2:22-cv-01338-SDW-JSA**<br><br>**CERTIFICATION OF GARY E. MASON IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*** |

I, Gary E. Mason, of full age, hereby declare as follows:

1.     I am an attorney at law in the District of Columbia, and a partner with the law firm of Mason LLP, located at 5101 Wisconsin Avenue NW, Suite 305, Washington, D.C. 20016.

2.     I have been retained by Plaintiff Patricia Dean ("Plaintiff") as additional counsel in the above-captioned action. I am fully familiar with the facts contained herein based upon my personal knowledge. I submit this certification in support of my application for my admission *pro hac vice* pursuant to L. Civ. R. 101.1(c), for purposes of appearing and participating on behalf of Plaintiff in this matter.

3.     I am a member in good standing of the Bar of the District of Columbia (Bar No. 418073), the Bar of the State of Maryland (Bar No. 15033), and the Bar of the State of New York

(Bar No. 2163467). The official address maintaining the roll of the members of the District of Columbia Bar is: 901 4th Street NW, Washington, D.C. 20001. The official address maintaining the roll of the members of the Maryland Bar is: 520 W. Fayette Street, Baltimore, MD 21201. The official address maintaining the roll of the members of the New York Bar is: 1 Elk Street, Albany, NY 12207.

4.      Additionally, I have been admitted to and remain a member in good standing to the following United States Courts: the U.S. District Courts for the District of Columbia, the District of Colorado, the Northern District of Illinois, the District of Maryland, the Eastern District of New York, the Northern District of New York, the Southern District of New York, the Western District of New York, the Northern District of Ohio, and the Western District of Pennsylvania; the U.S. Court of Appeals for the D.C. Circuit, the Federal Circuit, the 4th Circuit, the 5th Circuit, the 6th Circuit, the 7th Circuit and the 9th Circuit; the U.S. Court of Federal Claims; and the United States Supreme Court.

5.      I have not been the subject of disciplinary action by any court or bar, nor are there any disciplinary actions pending against me.

6.      I further agree to:

   a.   Make payment of the filing fee of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3);

   b.   Make payment of $212.00 to the NJ Lawyers' Fund for Client Protection in accordance with Rules 1:21-2(a), 1:20-1(b), 1:28-2, and 1:28B-1(e) within twenty (20) days from the date of the executed Order;

   c.   Abide by New Jersey Court Rules;

    d.      Notify this Court immediately of any matter affecting my standing at the Bar of any other Court;

    e.      Submit to the disciplinary jurisdiction of the Court; and

    f.      Have all pleadings, briefs, and other papers filed by the Court signed by an attorney of record authorized to practice in New Jersey.

7. In light of the foregoing, I respectfully request to be permitted to appear *pro hac vice* as counsel for Plaintiff in this case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2022

                                              Gary E. Mason
                                              **MASON LLP**
                                              5101 Wisconsin Avenue NW, Suite 305
                                              Washington, D.C. 20016
                                              Tel: (202) 429-2290
                                              Fax: (202) 429-2294
                                              gmason@masonllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA DEAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B&G FOODS, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01338-SDW-JSA<br><br>**[PROPOSED] ORDER ADMITTING GARY E. MASON *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Kevin Laukaitis of Shub Law Firm LLC, counsel for Plaintiff Patricia Dean ("Plaintiff") in the above-captioned action, on a Motion for an Order pursuant to Local Civil Rule 101.1(c) permitting Gary E. Mason to appear and participate *pro hac vice* for the purposes of this action on behalf of Plaintiff; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78; and for good cause shown:

**IT IS** on this _____ day of _____ , 2022,

**ORDERED** that Gary E. Mason, a member in good standing of the Bars of the District of Columbia, the State of Maryland and the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Shub Law Firm LLC, counsel of record for Plaintiff Patricia Dean, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and for the conduct of the attorney admitted hereby; and

2

**IT IS FURTHER ORDERED** that Gary E. Mason shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year, and for each year in which counsel represents Plaintiff in this matter; and

**IT IS FURTHER ORDERED** that Gary E. Mason shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for counsel's admission *pro hac vice* in this matter, in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and

**IT IS FURTHER ORDERED** that Gary E. Mason shall be bound by the Rules of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that Gary E. Mason may file a request, the form of which is available on the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
HON. JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE

Kevin Laukaitis
Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA DEAN, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br> v. <br><br> B&G FOODS, INC., <br><br>    Defendant. | **Case No. 2:22-cv-01338-SDW-JSA** <br><br> **CERTIFICATE OF SERVICE** |

I, Kevin Laukaitis, hereby certify that on May 24, 2022, I caused to be filed and served a copy of the following in support of Plaintiff Patricia Dean's Motion for Gary E. Mason to Appear *Pro Hac Vice*: (1) Notion of Motion; (2) Certification of Kevin Laukaitis; (3) Certification of Gary E. Mason; (4) Proposed Order; and (5) this Certificate of Service via electronic filing on the Clerk of the United States District Court for the District of New Jersey and on all parties of record.

Dated: May 24, 2022

*/s/ Kevin Laukaitis*
Kevin Laukaitis (Bar No. 195202016)
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
klaukaitis@shublawyers.com

*Attorney for Plaintiff Patricia Dean*