# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Mitchell C. Stein, Esq.**
stein@braunhagey.com

June 2, 2022

**VIA ECF**

Hon. Jessica S. Allen
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room MLK 2B
Newark, New Jersey 07102

      **Re:** *Dean et al. v. B&G Foods, Inc.*, Case No. 2:22-CV-01338-SDW-JSA
            **Defendant B&G Foods, Inc.'s Notice of Withdrawal of Motion to Dismiss and Intent to File Motion to Dismiss Amended Complaint**

Dear Judge Allen:

      Pursuant to the Court's instruction, Defendant B&G Foods, Inc. ("B&G Foods") hereby withdraws without prejudice its Motion to Dismiss (ECF No. 10) and related Motion for Judicial Notice (ECF No. 9) in light of Plaintiffs' Amended Complaint (ECF No. 25).

      To provide context, Plaintiffs originally filed this action in the Northern District of California on January 31, 2022. *See Blassingame v. B&G Foods, Inc.*, Case No. 5:22-CV-00640-BLF (N.D. Cal.). Plaintiffs subsequently dismissed the action and refiled it in this Court on March 11, 2022. B&G Foods moved to dismiss the original Complaint on May 7, 2022 and Plaintiffs filed the Amended Complaint on May 31, 2022.

      The Amended Complaint does not cure the many deficiencies B&G Foods identified in its Motion to Dismiss. Accordingly, B&G Foods hereby provides notice of its intention to file a Motion to Dismiss the Amended Complaint and related Motion for Judicial Notice and reserves all rights accordingly.

                                      Sincerely,

                                      */s/ Mitchell Stein*
                                      Mitchell C. Stein, Esq.
                                      (NJ Bar No. 040751988)
                                      **BRAUNHAGEY & BORDEN LLP**
                                      118 West 22nd Street, 12th Floor
                                      New York, NY 10011
                                      Tel: (646) 829-9403
                                      stein@braunhagey.com

                                      *Attorney for Defendant B&G Foods, Inc.*

**San Francisco**
351 California St., 10th Fl.
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
118 W 22nd St., 12th Fl.
New York, NY 10011
Tel. & Fax: (646) 829-9403