**BRAUNHAGEY & BORDEN LLP**
Mitchell C. Stein, Esq. (NJ Bar No. 040751988)
    stein@braunhagey.com
Pratik K. Raj Ghosh, Esq. (admitted *pro hac vice*)
    ghosh@braunhagey.com
118 West 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403

David H. Kwasniewski, Esq. (admitted *pro hac vice*)
    kwasniewski@braunhagey.com
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210

*Attorneys for B&G Foods, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA DEAN, JOHN GALLOWAY, and BRIAN BLASSINGAME, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>B&G FOODS, INC.,<br><br>    Defendant. | Case No.: 2:22-CV-01338-SDW-JSA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT B&G FOODS, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

    **THIS MATTER** having been brought before the Court by Mitchell C. Stein, Esq., counsel for Defendant B&G Foods, Inc., on application for an Order dismissing with prejudice all of Plaintiffs' claims; and the Court having considered the moving papers; and for good cause shown;

    **IT IS** on this ____ day of _____, 2022

    **ORDERED** that Defendant B&G Foods, Inc.'s Motion to Dismiss Plaintiffs' First Amended Class Action Complaint is **GRANTED** and Plaintiffs' claims are **DISMISSED** with

prejudice.

    **SO ORDERED.**

_____<br>
Hon. Susan D. Wigenton<br>
United States District Judge