**BRAUNHAGEY & BORDEN LLP**
Mitchell C. Stein, Esq. (NJ Bar No. 040751988)
    stein@braunhagey.com
Pratik K. Raj Ghosh, Esq. (admitted *pro hac vice*)
    ghosh@braunhagey.com
118 West 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403

David H. Kwasniewski, Esq. (admitted *pro hac vice*)
    kwasniewski@braunhagey.com
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210

*Attorneys for B&G Foods, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICIA DEAN, JOHN GALLOWAY, and BRIAN BLASSINGAME, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>B&G FOODS, INC.,<br><br>    Defendant. | Case No.: 2:22-CV-01338-SDW-JSA<br><br>**CERTIFICATION OF SERVICE** |

I, Mitchell C. Stein, Esq., hereby certify as follows:

1. On June 14, 2022, I caused to be served via electronic filing on the Clerk of the United States District Court for the District of New Jersey and on all parties of record a copy of the following in support of Defendant B&G Foods, Inc.'s Motion to Dismiss Plaintiffs' First Amended Class Action Complaint: Notice of Motion; Memorandum of Points and Authorities; Declaration of Pratik K. Raj Ghosh, Esq. and accompanying exhibits; Proposed Order; and this Certification of Service.

Dated: June 14, 2022

Respectfully Submitted,

By: *s/ Mitchell Stein*
Mitchell C. Stein, Esq.
(NJ Bar No. 040751988)
**BRAUNHAGEY & BORDEN LLP**
118 West 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403
stein@braunhagey.com

*Attorney for Defendant*
*B&G Foods, Inc.*